# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUAN ANTONIO RENTERIA-RAMOS (1),

    Defendant.

CASE NO. 12CR5007-BTM

**JUDGMENT OF DISMISSAL**

FILED
FEB 7 2013
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**x**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Indictment/Information:

8USC1326(a) AND (b) - ATTEMPTED REENTRY OF REMOVED ALIEN

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 7, 2013

Jan M. Adler
U.S. Magistrate Judge